IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

        Plaintiff,                         No. CIV S-10-1280 GEB DAD P

    vs.

B. WHEELER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, is seeking relief pursuant to 42 U.S.C. § 1983. On September 2, 2010, plaintiff filed a motion requesting an extension of time to file an application to proceed in forma pauperis. Plaintiff also requests in his motion that the court issue an order requiring that he be transferred to a different prison facility.

        Good cause appearing, the court will grant plaintiff's request for an extension of time to file an application to proceed in forma pauperis. However, plaintiff's request for a prison transfer, construed by the court to be a request for a preliminary injunction, will be denied. A plaintiff may seek preliminary injunctive relief only if the court has jurisdiction over all of the relevant parties and claims. See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights

1

of persons not before the court."). Here, plaintiff's complaint has yet to be screened and served on any of the named defendants. As indicated above, the court is still waiting for plaintiff to file a properly completed in forma pauperis application in this action. Accordingly, the court lacks jurisdiction over the named defendants and any request for preliminary relief at this juncture is premature. Moreover, as a general rule prisoners have no constitutional right to be housed in any particular prison. <u>Olim v. Wakinekona</u>, 461 U.S. 238, 244-48 (1983).

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff's September 2, 2010 motion (Doc. No. 8) is granted to the extent that he seeks additional time to file an in forma pauperis application and denied to the extent that he seeks a preliminary injunction requiring that he be transferred to a different prison facility.

2. Plaintiff shall file a properly completed in forma pauperis application within thirty days of the date of this order.

DATED: September 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
herr1280.36+pi

2