IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HERRERA,

    Plaintiff,                   No. CIV S-10-1280 GEB DAD P

   vs.

B. WHEELER, et al.,

    Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, is seeking relief pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to voluntarily dismiss this case.

       In his motion, plaintiff asks the court to dismiss this case because he is unable to complete his application to proceed in forma pauperis. However, several days before plaintiff filed his motion, the court received plaintiff's application to proceed in forma pauperis. If plaintiff still wishes to pursue this action, the court is prepared to screen his complaint. Under the circumstances described herein, however, the court will first order plaintiff to notify the court as to how he wishes to proceed in this action. After hearing from plaintiff, the court will rule on his pending motion and either screen his complaint or honor his request to dismiss this action.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of
2 this order plaintiff shall file a notice with the court indicating whether he wishes to pursue this
3 action or voluntarily dismiss it.
4 DATED: March 16, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:9
herr1280.mvd