IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

        Plaintiff,                   No. 2: 10-cv-1280 GEB DAD P

    vs.

B. WHEELER, et al.,

        Defendants.       <u>ORDER</u>

_____/

        On September 7, 2012, plaintiff filed a request for reconsideration of the order filed August 24, 2012, which denied plaintiff's motions for preliminary injunctive relief and motion for the appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 24, 2012, is affirmed.

Dated:  September 17, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge