1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERTO HERRERA,

11           Plaintiff,                          No.  2:  10-cv-1280 GEB DAD P

12       vs.

13   B. WHEELER, et al.,

14           Defendants.                ORDER

15   _____/

16           On September 7, 2012, plaintiff filed a request for reconsideration of the order

17   filed August 24, 2012, which denied plaintiff's motions for preliminary injunctive relief and

18   motion for the appointment of counsel.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's

19   orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire

20   file, the court finds that it does not appear that the magistrate judge's ruling was clearly

21   erroneous or contrary to law.

22   /////

23   /////

24   /////

25   /////

26   /////

1

1          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2    magistrate judge filed August 24, 2012, is affirmed.

3    Dated:  September 17, 2012

4

5    _____
     GARLAND E. BURRELL, JR.

6         Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26