IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

    Plaintiff,                    No. 2:10-cv-1280 GEB DAD P

    vs.

B. WHEELER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 24, 2012, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on May 25, 2010 and August 1, 2012. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's September 24, 2012 request (Docket No. 37) is denied.

DATED: September 27, 2012.

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:dpw
herr1280.31.thr

1