IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

        Plaintiff,                    No. 2:10-cv-1280 GEB DAD P

    vs.

B. WHEELER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding *pro se* with a complaint filed pursuant to 42 U.S.C. § 1983.  On November 26, 2012, plaintiff filed a second motion for temporary injunctive relief.  Plaintiff's first motion was denied by order filed September 14, 2012 (Doc. No. 35).  Plaintiff's present motion suffers from the same defects identified in the court's September 14, 2012 order denying his first motion for temporary injunctive.  For that reason, good cause appearing, IT IS HEREBY ORDERED that plaintiff's November 26, 2012 motion for emergency injunction (Doc. No. 46) is denied without prejudice.

DATED: January 11, 2013.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
herr1280.tempinj2

1