1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERTO HERRERA,

11            Plaintiff,              No. 2:10-cv-1280 GEB DAD P

12       vs.

13   B. WHEELER, et al.,

14            Defendants.         FINDINGS & RECOMMENDATIONS

15   _____/

16            By an order filed October 25, 2012, this court ordered plaintiff to complete and

17   return to the court, within sixty days, the USM-285 form necessary to effect service on defendant

18   Burgett.  That sixty day period has since passed, and plaintiff has not complied with the court's

19   order.

20            IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Fed. R. Civ. P. 41(b).

22            These findings and recommendations will be submitted to the United States

23   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

24   fourteen days after being served with these findings and recommendations, plaintiff may file

25   written objections with the court.  The document should be captioned "Objections to Findings

26   and Recommendations."   Any response to the objections shall be filed and served within

fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 11, 2013.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
herr10cv1280.fusm